

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00108-CV

## IN RE MARVIN TERRILL CURRY

**Original Proceeding**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2004-1333-C**

## MEMORANDUM OPINION

Marvin Terrill Curry's "Relator's Original Petition for Writ of Mandamus" was filed on April 10, 2023 and "Relator's First Supplemental Petition for Writ of Mandamus" was filed on June 5, 2023. In his petitions, Curry complained that the trial court had not ruled on Curry's "Defendant's Supplemental Motion to Rescind and/or to Correct the Order to Withdraw Funds," filed on December 21, 2021.

We requested a response from the Respondent and Real Party in Interest, but also noted that if Curry's motion to rescind had been ruled upon before the due date of the response, a copy of the ruling may be provided in lieu of a response.

The Court was provided a copy of the trial court's ruling on Curry's motion to

rescind. Accordingly, since a ruling has been made, Curry's "Relator's Original Petition for Writ of Mandamus," filed on April 10, 2023, and "Relator's First Supplemental Petition for Writ of Mandamus," filed on June 5, 2023, are dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Smith, and
        Justice Davis[1]
Petitions dismissed
Opinion delivered and filed June 28, 2023
[OT06]



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.